No. 09-10796. Charles Lewis, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3441, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4868.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 594 F.3d 1270.

No. 09-10800. Charles Lee Green, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4945.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 172.

No. 09-10802. Uriel Sanchez, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4882.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 393.

No. 09-10803. Marques Bynum, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4928.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 604 F.3d 161.

No. 09-10804. Filiberto Hernandez-Navarro, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4884.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 173.

No. 09-10815. John Hyacinth, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4814.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 132.

No. 09-10816. David Hicks, Petitioner v. Federal Bureau of Prisons, et al.

560 U.S. 978, 130 S. Ct. 3442, 177 L. Ed. 2d 347, 2010 U.S. LEXIS 4875,

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 393.